# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-10741
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 10, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Joshua Keith Friar,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:21-CR-58-2

---

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Joshua Keith Friar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Friar has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Friar's claims of ineffective assistance of

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Friar's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.